**FILED**

August 12, 2020

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ **SAJ** _____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CAUSE NO.:   **DR-20-CR-01326-AM** |
| | § | |
| | § | **I N D I C T M E N T** |
| v. | § | |
| | § | [VIO: COUNT ONE: 18 U.S.C. § 3 |
| | § | Accessory After the Fact; COUNT |
| LEEROY FELAN | § | TWO: 18 U.S.C. § 1001(a)(2) - False |
| | § | Statement or Representation Made to an |
| | § | Agency or Department of the United |
| | § | States.] |
| | § | |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
[18 U.S.C. § 3]

Between on or about May 28, 2020, through on or about July 21, 2020, in the Western

District of Texas, and elsewhere, Defendant,

LEEROY FELAN,

knowing that an offense against the United States had been committed, to wit, damage and destroy

and attempt to damage and destroy by means of fire a building used in interstate or foreign

commerce and in activity affecting interstate or foreign commerce , namely a Goodwill retail store

located at 1239 University Avenue, St. Paul, Minnesota, in violation of 18 U.S.C. 844(i), did

receive, relieve, comfort, and assist the offender, Jose A. Felan, Jr., in order to hinder and prevent

the offender's apprehension, trial, and punishment, all in violation of Title 18, United States Code,

Section 3.

COUNT TWO

[18 U.S.C. § 1001(a)(2)]

On or about June 11, 2020, in the Western District of Texas, Defendant,

LEEROY FELAN,

did knowingly and willfully make and cause to be made materially false, fictitious, and fraudulent statements and representations to a United States Marshal Service Deputy, in a matter within the jurisdiction of an executive department or agency of the United States, that is, the Defendant contacted a United States Marshal Service Deputy and claimed  he was not close with Jose Felan, Jr., but that he might be coming for a visit, and Defendant further claimed that he had no additional contact with Jose Felan, Jr., knowing such statements and representations to be false, all in violation of Title 18, United States Code, Section 1001(a)(2).

A TRUE BILL

Original Signature Redacted Pursuant to E-Government Act of 2002

FOREPERSON

JOHN F. BASH
United States Attorney

By: _____

JODY GILZENE
Assistant United States Attorney

**DR-20-CR-01326-AM**

SEALED:
UNSEALED: XX

## PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

COUNTY: <u>DIMMIT</u>                    USAO #: <u>2020R06860</u>

DATE: <u>AUGUST 12, 2020</u>              MAG. CT. #: <u>DR20-1377M</u>

AUSA: <u>JODY GILZENE</u>

DEFENDANT: <u>LEEROY FELAN</u>

CITIZENSHIP: <u>UNITED STATES</u>

INTERPRETER NEEDED: <u>NO</u>          LANGUAGE: <u>ENGLISH</u>

DEFENSE ATTORNEY: <u>GREGORY D. TORRES</u>

ADDRESS OF ATTORNEY: <u>457 JEFFERSON, EAGLE PASS, TEXAS 78852</u>

DEFENDANT IS: <u>DETAINED</u>          DATE OF ARREST: <u>JULY 21, 2020</u>

BENCH WARRANT NEEDED: <u>NO</u>

PROBATION OFFICER: <u>N/A</u>

NAME AND ADDRESS OF SURETY: <u>N/A</u>

YOUTH CORRECTIONS ACT APPLICABLE: <u>NO</u>

PROSECUTION BY: <u>INDICTMENT</u>

OFFENSE: (Code & Description): <u>COUNT ONE: 18 U.S.C. § 3 ACCESSORY AFTER THE</u>
<u>FACT; COUNT TWO: 18 U.S.C. § 1001(a)(2) - FALSE STATEMENT OR REPRESENTATION</u>
<u>MADE TO AN AGENCY OR DEPARTMENT OF THE UNITED STATES.</u>

OFFENSE IS: <u>FELONY</u>

MAXIMUM SENTENCE: <u>COUNT ONE: 10 YEARS IMPRISONMENT; UP TO $125,000</u>
<u>FINE; UP TO 3 YEARS OF SUPERVISED RELEASE; $100 MANDATORY SPECIAL</u>
<u>ASSESSMENT; COUNT TWO: UP TO 5 YEARS IMPRISONMENT; A $250,000 FINE; NO</u>
<u>MORE THAN 3 YEARS OF SUPERVISED RELEASE; AND A $100 SPECIAL</u>
<u>ASSESSMENT.</u>

PENALTY IS MANDATORY: <u>YES & NO</u>

REMARKS: <u>SEE ABOVE</u>   W/DT-CR-3